IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA,   )
                            )    CRIMINAL ACTION NO.
    v.                      )       2:17cr131-MHT
                            )           (WO)
WILLIAM HAYDEN SEARCY       )
```

ORDER

Based on the representations made on the record on March 23, 2022, and by agreement of the parties, it is ORDERED that:

(1) The revocation petition (Doc. 772) is dismissed with prejudice.

(2) The court concurs with the recommendations made in the noncompliance report (Doc. 817).

DONE, this the 23rd day of March, 2022.

                                /s/ Myron H. Thompson
                          UNITED STATES DISTRICT JUDGE