IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
     v.                     )        2:17cr131-MHT
                            )             (WO)
WILLIAM HAYDEN SEARCY       )
                            )
```

ORDER

Based on defendant William Hayden Searcy's plea of guilty on August 22, 2022, and with his agreement, it is the ORDER, JUDGMENT, and DECREE of the court that:

(1) Defendant Searcy is adjudged guilty of charges 1, 2, 3, 4, and 5 in the amended petition for revocation (Doc. 827).

(2) Sentencing is continued generally.

(3) Defendant Searcy is to be released immediately and under the following additional conditions of supervised release, with the probation officer to arrange for such:

(A) Defendant Searcy is to receive psychotherapy at least twice each month with Dr. Kale Kirkland.

(B) He is to receive a prescription for suboxone as soon as possible and to take it as prescribed, and he is to continue receiving such treatment as long as the prescribing professional so recommends.

(C) He is to reside at an Oxford House location and comply with all of its requirements until a bed is available at The Haven.

(D) He is to enter The Haven as soon as a bed is available and to complete successfully its dual-diagnosis inpatient treatment program while complying with all its requirements.

(E) After successfully completing The Haven's treatment program, he is to enter The Herring Houses and to receive additional

treatment there while complying with all its requirements.

(F) He is, throughout his time on supervised release, to avoid the presence of--and contact with--all others whom he knows to have substance-abuse issues (excluding those individuals who are receiving treatment at Oxford House, The Haven, and The Herring Houses, respectively, when he is in residence at each).

(4) A telephonic status conference is set for November 9, 2022, at 8:30 a.m., to discuss how Searcy is progressing and to determine when sentencing shall be set. The courtroom deputy shall arrange for the call.

DONE, this the 23rd day of August, 2022.

                                       /s/ Myron H. Thompson
                                  **UNITED STATES DISTRICT JUDGE**