IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA   )                                 )   v.                         )                                 )   WILLIAM HAYDEN SEARCY    )                                 ) | CRIMINAL ACTION NO.   2:17cr131-MHT   (WO) |

ORDER

Before the court is defendant William Hayden Searcy's motion to modify the conditions of his supervised release (Doc. 839).  Probation does not oppose the motion and the government orally informed the court that it does not oppose the motion.  Accordingly, it is ORDERED that:

(1) The motion to modify (Doc. 839) is granted.

(2) Special condition (E) requiring defendant Searcy to "enter The Herring Houses" after successfully completing The Haven's treatment program (Doc. 836 at 2-3) is vacated..

(3) After successfully completing The Haven's treatment program, defendant Searcy is to remain at the Oxford House and comply with all its

requirements for the duration of his supervision.

(4) All other conditions of supervision ((Doc. 836) remain in effect.

DONE, this the 26th day of October, 2022.

    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**