IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:17cr131-MHT |
| | ) | (WO) |
| WILLIAM HAYDEN SEARCY | ) | |
| | ) | |

REVOCATION JUDGMENT

Based on the representations made on the record during the conference call on November 14, 2022, considering the factors outlined in 18 U.S.C. § 3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), (a)(6), and (a)(7), *see* 18 U.S.C. § 3583(e), and with the agreement of the parties and the supervising probation officer, it is ORDERED that:

(1) Defendant William Hayden Searcy's term of supervision is revoked on violations one through five of the amended petition for revocation. *See* Order Adjudging Searcy Guilty of Charges 1, 2, 3, 4, and 5 in the Amended Petition for Revocation (Doc. 826); Amended Petition for Revocation (Doc. 827).

    **(2) Defendant William Hayden Searcy is sentenced to a term of imprisonment of time served with no term of supervision to follow.**

    **DONE, this the 21st day of November, 2022.**

                                  /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**